# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No: 6:25-cv-663-LHP

UNITED STATES FIRE INSURANCE COMPANY,

    Defendant

---

## ORDER

This cause comes before the Court on the parties' Stipulation for Dismissal With Prejudice, signed by counsel for both parties. Doc. No. 37. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, this case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2026.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record